**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-6116**

———————————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

FRANK LEON ROBINSON,

        Defendant – Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Aiken. Joseph F. Anderson, Jr., Chief District Judge. (1:98-cr-00523-JFA-1)

———————————

Submitted: April 16, 2009        Decided: April 27, 2009

———————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Frank Leon Robinson, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Leon Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Robinson, No. 1:98-cr-00523-JFA-1 (D.S.C. Jan. 08, 2009). See United States v. Dunphy, 551 F.3d 247 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED